Ryan Lee (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERNDIVISION**

| | |
|---|---|
| JAZZMA LAVALAIS,<br><br>     Plaintiff,<br><br>     vs.<br><br>LIGHTHOUSE RECOVERY ASSOCIATES, LLC,<br><br>     Defendant. | **Case No.: CV11-01577**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, JAZZMA LAVALAIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: April 1, 2011         KROHN & MOSS, LTD.

                              By: /s/ Ryan Lee
                                   Ryan Lee
                                   Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 1, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:  /s/ Ryan Lee
     Ryan Lee