Ryan Lee (SBN: 235879)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JAZZMA LAVALAIS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAZZMA LAVALAIS, ) | **Case No.: 11-cv-01577** |
| ) | |
| Plaintiff, ) | **VOLUNTARY DISMISSAL** |
| ) | |
| v. ) | |
| ) | |
| LIGHTHOUSE RECOVERY ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, JAZZMA LAVALAIS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: June 20, 2011                                     KROHN & MOSS, LTD.


                                                                        <u>By:/s/Ryan Lee</u>
                                                                        Ryan Lee
                                                                        Attorney for Plaintiff,
                                                                        JAZZMA LAVALAIS

- 1 -

VOLUNTARY DISMISSAL